UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BUTLER et al.,

                Plaintiffs,

-against-

NEW YORK PRESBYTERIAN
HOSPITAL/WEIL CORNELL MEDICAL
CENTER et al.,

                Defendants.
------------------------------------------------------------X

25 Civ. 7252 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order issued October 9, 2025, directed Plaintiff to file a response to Defendants' pre-motion letter by October 15, 2025.  *See* Dkt. 12.

    WHEREAS, no response was filed by October 15, 2025.  It is hereby

    **ORDERED** that Plaintiff shall file a response to Defendants' pre-motion letter, not to exceed three pages, by **October 21, 2025**.

Dated: October 17, 2025
       New York, New York

                                              LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE