# FSML

**FEDERICO SCHWARTZ MEROLESI & LYDDANE LLP**

**AMANDA L. TATE, ESQ.**
**PARTNER**

Direct Dial: 914.444.3897
E-Mail: tate@fsmlesq.com

October 18, 2025

*Via ECF*
Lorna G. Schofield, United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application **GRANTED** in part.  The initial pretrial conference is **ADJOURNED** to **November 4, 2025, at 3:30 pm**.  All other deadlines remain in place.  So Ordered.

Dated: October 20, 2025
New York, New York

Re:    **Butler v. NYPH**
       **Case No. 1:25-cv-07252**
       <u>**Our File No. 15-0493**</u>

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Dear Judge Schofield,

The undersigned represents the Defendants, The New York And Presbyterian Hospital s/h/a New York-Presbyterian Hospital/Weill Cornell Medical Center ("NYPH"), Mehrin Islam, M.D., Rebecca Kow, M.D., Michele Rosenthal, M.D., Mary Birmingham, M.D., Robert Finkelstein, M.D., Nisha Narayanan, M.D., Jennifer Habeeb, LMSW, and Eva Kerby, M.D. (hereinafter "Defendants"), in the above-referenced matter.

Defendants acknowledge this Court's 10/16/2025 Order (Dkt. 13) with revised deadlines for the submission of the Initial Case Management Plan and revised initial conference date of 10/28/2025 at 3:30 p.m.  I have a previously scheduled medical appointment that cannot be moved on 10/28/2025, during the time of the conference.  Therefore, I would respectfully request that the conference be conducted *virtually* in the morning on 10/28/2025, or in the afternoon of 10/29/2025.

I have consulted with my adversary regarding the request, but have not heard back and wanted to bring it to the Court's attention as soon as practicable.  I thank you for your courtesies and consideration of the request.

Respectfully,

Amanda L. Tate

ALT/
cc: *Plaintiffs' counsel via ECF*

500 Old Country Road, Ste. 305      **110 East 40th Street, Ste. 802**      800 Westchester Avenue, Ste. N-341
Garden City, NY 11530               **New York, NY 10016**                   Rye Brook, NY 10573
                                    (Mailing Address)